UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:21-cv-80889-ALTMAN/ Reinhart

ELI REISMAN, individually
and on behalf of all others similarly situated,    **CLASS ACTION**

    *Plaintiff*,

vs.

AFFORDABLE AUTO PROTECTION, LLC,    **JURY TRIAL DEMANDED**
a Florida Limited Liability Corporation,
d/b/a AAP,

    *Defendant*.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE

The following is a list of all judges, attorneys, persons, associations of persons, firms, partnerships, corporations, and other legal entities that have an interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, and parent corporations, any publicly held corporations that owns ten percent or more of a party's stock, and other identifiable legal entities related to a party.

1. Edwards Pottinger LLC
2. Seth M. Lehrman, Esq.
3. IJH Law
4. Ignacio J. Hiraldo, Esq.
5. Eli Reisman, Plaintiff
6. Weiss Law Group, P.A.
7. Jason S. Weiss, Esq.
8. Affordable Auto Protection, LLC d/b/a AAP, Defendant.

Dated: June 24, 2021	Respectfully submitted,

*/s/ Seth M. Lehrman*
Seth M. Lehrman (FBN 132896)
E-mail: seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822

Ignacio J. Hiraldo (FBN 56031)
E-mail: ijhiraldo@ijhlaw.com
IJH LAW
1200 Brickell Ave Suite 1950
Miami, FL 33131
Telephone: 786-496-4469

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on June 24, 2021, and that a notice of the electronic filing will be transmitted to counsel of record on referenced on the attached Service List.

*/s/ Seth M. Lehrman*
Seth M. Lehrman

**SERVICE LIST**

Jason S. Weiss (FBN 356890)
E-mail: jason@jswlawyer.com
WEISS LAW GROUP, P.A.
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
Telephone: 954-573-2800
Facsimile: 954-573-2798

*Counsel for Affordable Auto Protection, LLC*