UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:21-cv-80889-RKA

ELI REISMAN, individually and on behalf of all others similarly situated,

   Plaintiff,

v.

AFFORDABLE AUTO PROTECTION, LLC, a Florida Limited Liability Corporation, d/b/a AAP,

   Defendant.

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, AFFORDABLE AUTO PROTECTION, LLC ("AAP"), by and through its undersigned counsel, hereby discloses the following pursuant to Fed. R. Civ. P. 7.1:

1. The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

| | |
|---|---|
| **ELI REISMAN** | **Plaintiff** |
| **AFFORDABLE AUTO PROTECTION, LLC** | **Defendant** |
| **JASON S. WEISS, ESQ.** | **Attorney for Defendant** |
| **WEISS LAW GROUP, P.A.** | **Attorneys for Defendant** |
| **IGNACIO J. HIRALDO, ESQ.** | **Attorney for Plaintiff** |
| **IJH LAW** | **Attorneys for Plaintiff** |
| **SETH M. LEHRMAN, ESQ.** | **Attorney for Plaintiff** |
| **EDWARDS POTTINGER LLC** | **Attorneys for Plaintiff** |

**AAP states that there are no other persons, associations or persons, firms, partnerships, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case other than the parties to this action and their respective counsel.**

2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

**None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

**Plaintiff and AAP.**

I hereby certify that, except as disclosed above, I am unaware of any action or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:  June 24, 2021

**Respectfully submitted,**

 /s/ *Jason S. Weiss*
Jason S. Weiss
Jason@jswlawyer.com
Fla. Bar No. 356890
**WEISS LAW GROUP, P.A.**
5531 North University Drive, Suite 103
Coral Springs, FL 33067
Tel: 954-573-2800
Fax: 954-573-2798
*Counsel for Affordable Auto Protection, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June, 2021, I caused a copy of the foregoing document to be served via ECF on all parties entitled to receive notice.

/s/      Jason S. Weiss
Jason S. Weiss