# EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:21-cv-80889-RKA

ELI REISMAN, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

PELICAN INVESTMENT HOLDINGS GROUP, LLC, a Delaware Limited Liability Corporation, d/b/a AAP,

      Defendant.

**DEFENDANT, PELICAN INVESTMENT HOLDINGS GROUP, LLC'S, INITIAL DISCLOSURES PURSUANT TO RULE 26(a)**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant, PELICAN INVESTMENT HOLDINGS GROUP, LLC, states as follows:

**GENERAL LIMITATIONS AND EXEMPTIONS**

1.    This disclosure is made upon a good faith review of the information readily available to Defendant, PELICAN INVESTMENT HOLDINGS GROUP, LLC ("Defendant" or "AAP"), at this time. Defendant's investigation into all claims, counterclaims, and defenses are not complete and remain ongoing. Defendant reserves the right to make subsequent disclosures and to amend its disclosures in the course of discovery.

2.    Defendant will withhold information and not disclose information protected by the attorney-client privilege or protected by the work product doctrine. Such information includes, without limitation, information prepared at the request of Defendant's attorneys or by attorneys of Defendant or its representatives or agents in anticipation of litigation or for trial, any materials containing or reflecting mental impressions, conclusions, opinions, and/or legal theories or the

bases thereof of any attorneys for Defendant, or any other applicable privileges. However, disclosure of the identity and existence of such information in no way constitutes a waiver of any applicable attorney-client privilege or privilege under the work product doctrine or any other applicable privileges.

3. Defendant, in making its initial disclosures, does not waive any objection based upon relevance, materiality, confidentiality, privilege, immunity from disclosure, or other grounds available under the Federal Rules of Civil Procedure.

4. Defendant will disclose the information required by Rules 26(a)(2)-(3) at a time agreed upon by the Parties or when ordered to do so by this Court.

## **INITIAL DISCLOSURES**

**A. PERSONS WHO MAY HAVE DISCOVERABLE INFORMATION (Fed. R. Civ. P. 26 (a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i), based on the information currently available to Defendant, the following individuals may have knowledge of discoverable information that Defendant may use to support its claims and defenses. Defendant may supplement this list of witnesses if further investigation or discovery results in the identification of additional persons. Unless otherwise specified, Defendant's employees, former employees, and consultants should be contacted through Defendant's undersigned counsel at WEISS LAW GROUP, P.A., 5531 N. University Drive, Suite 103, Coral Springs, Florida 33067.

| **NAME** | **SUBJECT MATTER** |
|---|---|
| Corporate Representative of Pelican Investment Holdings Group, LLC<br>c/o Defendant's Counsel | • Communications, or lack thereof with Plaintiff.<br>• Information and documents related to the alleged phone call and accounts.<br>• Calling and selling policies and procedures.<br>• AAP's defenses.<br>• Documents produced (if any) by AAP.<br>• Knowledge regarding the allegations made in the Complaint relating to the alleged violations.<br>• Information of Plaintiff's opt-in. |
| Eli Reisman<br>c/o Plaintiff's Counsel | • Knowledge regarding the allegations made in the Complaint relating to the alleged violations.<br>• Procedures for filing TCPA cases.<br>• Call logs for other TCPA cases.<br>• Call logs for this case. |

In addition to the persons identified above, Defendant may rely on the persons and/or entities disclosed by Plaintiff or any other defendant, as well as any other persons or entities who are deposed or provide documents in this case.

### B. DOCUMENTS (Fed. R. Civ. P. 26(a)(1)(ii))

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A(ii), Defendant identifies the following documents, electronically stored information, and tangibles that Defendant may use to support its defenses. Defendant may supplement this list of documents if further investigation or discovery results in the identification of additional categories of materials.

Defendant will make available all documents, data compilations, and tangible things that are likely to bear significantly on any claim or defense for inspection on a mutually convenient date and time at the offices of counsel for Defendant. The categories of documents include, but are not limited to:

3

      a. Plaintiff's consent/opt-in;

      b. Account documents and notes relating to the account(s) at issue;

      c. Records of communications allegedly made to Plaintiff;

      d. Recordings of conversations, if any;

      e. Documents evidencing Defendant's calling policies and procedures.

This production is subject to and without waiver of any applicable objection or privilege. Defendant reserves the right to supplement/amend this Initial Disclosure.

### C. DAMAGES (Fed. R. Civ. P. 26(a)(1)(iii))

Defendant has not completed its computation of the damages it may claim in this action. Defendant requires additional discovery before Defendant can produce a computation of its damages. Defendant is in the process of exploring the assertion of a counterclaim. Damages are continuing. Defendant reserves the right to seek attorneys' fees, costs and any and all other remedies the Court determines to be owed to Defendant as a result of this lawsuit. Defendant reserves the right to supplement this response in the future.

### D. INSURANCE AGREEMENTS (Fed R. Civ. P. 26(a)(1)(iv))

Defendant is not aware of any insurance agreement that would be called upon to respond in whole or in part to the claims in this suit. Defendant reserves the right to supplement and/or amend this Initial Disclosure.

Dated: July 9, 2021.

**Respectfully submitted,**

/s/ *Jason S. Weiss*
Jason S. Weiss
Jason@jswlawyer.com
Fla. Bar No. 356890
**WEISS LAW GROUP, P.A.**
5531 North University Drive, Suite 103
Coral Springs, FL 33067
Tel: 954-573-2800
Fax: 954-573-2798
*Counsel for Pelican Investment Holdings Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2021, I caused a copy of the foregoing document to be served on Seth M. Lehrman, Esq. at seth@epllc.com and to Ignacio J. Hiraldo, Esq. at ijhiraldo@ijhlaw.com.

BY: /s/ *Jason S. Weiss*
    Jason S. Weiss

5