UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:21-cv-80889-RKA

ELI REISMAN, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

PELICAN INVESTMENT HOLDINGS
GROUP, LLC, a Delaware Limited
Liability Corporation, d/b/a AAP,

    Defendant.

**DEFENDANT, PELICAN INVESTMENT HOLDINGS GROUP, LLC d/b/a AAP'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT AND MOTION TO STRIKE CLASS ACTION ALLEGATIONS [D.E.29]**

    Defendant, PELICAN INVESTMENT HOLDINGS GROUP, LLC d/b/a AAP ("Defendant"), by and through undersigned counsel, hereby moves this Court, pursuant to Fed. R. Civ. P. 6(b)(1) and S.D. Fla. L.R. 7.1, for an enlargement of time to file a reply to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss First Amended Class Action Complaint and Motion to Strike Class Action Allegations. [D.E.29]  In support of this Motion for Enlargement of Time ("Motion"), Defendant states as follows:

    1. Plaintiff filed his First Amended Complaint against Defendant on June 29, 2021. [D.E.12]

    2. On or about July 8, 2021, Defendant executed a waiver of service allowing Defendant up to and including August 9, 2021 to respond to Plaintiff's First Amended Complaint and Motion to Strike Class Action Allegations.

    3. On or about August 9, 2021, Defendant filed a Motion to Dismiss First Amended

Class Action Complaint and Motion to Strike Class Action Allegations. [D.E.28]

4. On or about August 23, 2021, Plaintiff filed a Response in Opposition to Defendant, Pelican Investment Holdings Group, LLC, d/b/a AAP'S, Motion to Dismiss First Amended Class Action Complaint and Motion to Strike Class Action Allegations ("Response"). [D.E.29]

5. Defendant's reply to Plaintiff's Response is currently due on August 30, 2021.

6. Undersigned counsel is currently investigating Plaintiff's Response and gathering the necessary information to file a reply.

7. Defendant submits that this request for an extension is sought in good faith and not for the purpose of undue delay.

8. Based on the foregoing, Defendant requests a brief extension of time, up to and including September 3, 2021.

9. Undersigned counsel has contacted counsel for Plaintiff and Plaintiff's counsel agreed to the relief requested by Defendant in the form of an extension of time of up to and including September 3, 2021.

10. WHEREFORE, Defendant respectfully requests that the Court grant its Motion for Enlargement of Time, up to and including September 3, 2021, to file a reply to Plaintiff's Response.

Dated:  August 27, 2021                           Respectfully submitted,

By: /s/ *Jason S. Weiss*
Jason S. Weiss
**WEISS LAW GROUP, P.A.**
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
Phone: 954.573.2800
Fax: 954.573.2798
jason@jswlawyer.com
*Counsel for Pelican Investment Holdings Group, LLC d/b/a AAP*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2021, I caused a copy of the foregoing document to be served via ECF on all parties entitled to receive notice.

/s/     *Jason S. Weiss*
Jason S. Weiss