## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO.  9:21-cv-80889-RKA

ELI REISMAN and BRENDA ABSHEAR,
individually and on behalf of all others
similarly situated,

           *Plaintiffs*,

vs.

PELICAN INVESTMENT HOLDINGS GROUP, LLC,
a Delaware Limited Liability Corporation,
d/b/a AAP,

           *Defendant*.

_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## <u>NOTICE OF SETTLEMENT</u>

Plaintiffs Eli Reisman and Brenda Abshear and Defendant Pelican Investment Holdings

Group, LLC, d/b/a AAP, hereby inform the Court that they have reached a settlement of Plaintiffs'

individual claims in this matter without prejudice to the claims of the putative classes.

The parties will be drafting, finalizing, and executing the formal settlement documents.

Upon full execution, the parties will file the appropriate documents with the Court.

Dated: December 8, 2021        Respectfully submitted,

                                */s/ Seth M. Lehrman*
                                Seth M. Lehrman (FBN 132896)
                                E-mail: seth@epllc.com
                                EDWARDS POTTINGER LLC
                                425 North Andrews Avenue, Suite 2
                                Fort Lauderdale, FL 33301
                                Telephone: 954-524-2820
                                Facsimile: 954-524-2822

Ignacio J. Hiraldo (FBN 56031)
E-mail: ijhiraldo@ijhlaw.com
IJH LAW
1200 Brickell Ave Suite 1950
Miami, FL 33131
Telephone: 786-496-4469

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 8th day of December 2021, and that a notice of the electronic filing will be transmitted to counsel of record.

*/s/ Seth M. Lehrman*
Seth M. Lehrman

## SERVICE LIST

Jason S. Weiss (FBN 356890)
E-mail: jason@jswlawyer.com
WEISS LAW GROUP, P.A.
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
Telephone: 954-573-2800
Facsimile: 954-573-2798

*Counsel for Pelican Investment Holdings Group, LLC d/b/a AAP*