UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-CIV-80889-ALTMAN/Reinhart

ELI REISMAN, individually and on behalf of others similarly situated,

    Plaintiff(s),

vs.

PELICAN INVESTMENT HOLDINGS GROUP, LLC,
a Delaware Limited Liability Corporation d/b/a AAP,

    Defendant(s).
_____/

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on December 8, 2021. The conference resulted in the following:

The following attorneys, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference:



    ☒ All Plaintiffs and their respective trial counsel.

    ☒ All Defendants and/or their fully authorized claims representative, and their respective trial counsel.

The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

    ☒ AGREEMENT.

    A partial/**final agreement** was reduced to writing and signed by the participating parties. Counsel for the parties shall report the partial/final agreement to the Court, and/or file the appropriate stipulation for Dismissal.

    ___ NO AGREEMENT.

    The parties did not reach an agreement.

    ___ These proceedings have been adjourned and the mediation hearing shall be resumed on _____.

CERTIFICATE OF SERVICE

I hereby certify that on 12/8/21 a copy of the above was sent via Electronic Mail to: **Seth Lehrman, Esquire**, seth@epllc.com; iris@epllc.com; **Jason S. Weiss, Esquire**, Jason@jswlawyer.com; shameka@jswlawyer.com.

Respectfully submitted,

Steven R. Jaffe, Mediator

Mediator # 35295R

Upchurch Watson White & Max

Phone: 800-863-1462 Fax: 954-334-2838

sjaffe@uww-adr.com