UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-80889-ALTMAN/Reinhart

**ELI REISMAN**,

   *Plaintiff*,

v.

**AFFORDABLE AUTO PROTECTION, LLC**,

   *Defendant*.

_____/

## ORDER

The parties have notified this Court that they've reached a full settlement in this case through mediation. [ECF No. 42]. Accordingly, the Court hereby **ORDERS and ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties. The parties shall file a stipulation of dismissal by **January 10, 2022**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in West Palm Beach, Florida, this 9th day of December 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record