UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-80889-ALTMAN/Reinhart

**ELI REISMAN**,

    *Plaintiff*,

*v.*

**AFFORDABLE AUTO PROTECTION, LLC**,

    *Defendant*.

_____/

## ORDER OF DISMISSAL

The parties filed a Joint Stipulation of Dismissal [ECF No. 44] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, the Court hereby **ORDERS AND ADJUDGES** that this matter is **DISMISSED** *with prejudice* as to the Plaintiffs' individual claims and *without prejudice* as to the putative Class. Each party shall bear its own fees and costs, unless otherwise agreed to. The case shall remain **CLOSED**. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on November 9, 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record